UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

_____

**Sophia Faldonie,**

    Plaintiff

      v.                                  Civil Action No. 1:25-12130-GAO

**The Convertible Castle, Inc.,**

    Defendants

_____

## **SETTLEMENT ORDER OF DISMISSAL**

**O'Toole, D. J.**

    The Court having been advised on January 28, 2026, that the above-entitled action has been settled:

    **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within forty-five (45) days if settlement is not consummated.

                                                                          By the Court,

1/29/2026                                                        /s/Flaviana de Oliveira
Date                                                                  Deputy Clerk